## Sadie M. Farmer, Appellant, v. Samuel E. Fuller, Appellee.

### Gen. No. 43,887.

opinion filed June 4, 1947; released for publication June 19, 1947. Julius S. Neale and Walter E. Moss, for appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.